AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Kelaher, Connell & Conner P.C., )
)
) 4:19-cv-00693-SAL
Plaintiff(s), )
)
vs )
)
)
Auto-Owners Insurance Company, )
)
Defendant(s).

**SUMMARY JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❒ the plaintiff *(name)*_____ recover from the defendant *(name)*_____ the amount of _____dollars ($_____), which includes prejudgment interest at the rate of _____%, plus postjudgment interest at the date of _____%, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)*_____.

✔ other: Summary judgment is entered for Defendant, Auto-Owners Insurance Company, and this case is dismissed.

This action was *(check one)*:
❒ tried by a jury with Judge_____presiding, and the jury has rendered a verdict.

❒ tried by Judge_____without a jury and the above decision was reached.

✔ decided by the Honorable Sherri A. Lydon, United States District Judge, who grants Defendant's Motion for Summary Judgment.

Robin L. Blume
CLERK OF COURT

By: s/ Leah Gibbons

February 24, 2020